# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Texas Bankers Association, et al.
Plaintiff

v.

Civil Action No.

Office of the Compt. of the Currency, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs Texas Bankers Association, Amarillo Chamber of Commerce, American Bankers Association, Chamber of Commerce of the United States of America, and Longview Chamber of Commerce

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None.

|  |  |
|---|---|
| Date: | February 5, 2024 |
| Signature: | /s/Thomas C. Riney |
| Print Name: | Thomas C. Riney |
| Bar Number: | 16935100 |
| Address: | 500 S. Taylor, Suite 1200 |
| City, State, Zip: | Amarillo, Texas 79101 |
| Telephone: | 806-376-5613 |
| Fax: | 806-379-0316 |
| E-Mail: | Tom.Riney@uwlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.