# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

TEXAS BANKERS ASSOCIATION
203 W. 10th St.
Austin, TX 78701

AMARILLO CHAMBER OF COMMERCE
1000 S. Polk St.
Amarillo, TX 79101

AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave. NW,
Washington, DC 20036

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA
1615 H Street, N.W.
Washington, DC 20062

LONGVIEW CHAMBER OF COMMERCE
410 N. Center St.
Longview, TX 75601

INDEPENDENT COMMUNITY BANKERS OF AMERICA
1615 L St NW, Ste. 900
Washington, DC 20036

INDEPENDENT BANKERS ASSOCIATION OF TEXAS
1700 Rio Grande St, Ste. 100

Civil Case No.: 2:24-cv-00025-Z

1

| |
|---|
| Austin, TX 78701 |
| |
|     *Plaintiffs*, |
| |
|     v. |
| |
| OFFICE OF THE COMPTROLLER OF THE CURRENCY and MICHAEL J. HSU in his official capacity as Acting Comptroller of the Currency, 400 7th St. SW Washington, DC 20219 |
| |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM and JEROME POWELL in his official capacity as Chairman of the Board of Governors Constitution Ave NW & 20th St. NW Washington, DC 20551 |
| |
| FEDERAL DEPOSIT INSURANCE CORPORATION and MARTIN GRUENBERG in his official capacity as Chairman of the FDIC 550 17th St NW Washington, DC 20429 |
| |
|     *Defendants*. |

## <u>CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS</u>

I, the undersigned counsel hereby certify that each attorney listed below has read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

We further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court.  We understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

DATED: February 5, 2024

                Respectfully submitted,

                */s/ Thomas C. Riney*
                UNDERWOOD LAW FIRM, P.C.
                Thomas C. Riney (Texas Bar No. 16935100)
                Slater Elza (Texas Bar No. 2400747)
                PO 9158
                Amarillo, Texas 79105
                (806) 376-5613
                (806) 349-9474
                tom.riney@uwlaw.com
                slater.elza@uwlaw.com

WILLIAMS & CONNOLLY LLP
Ryan Scarborough (*pro hac vice* forthcoming)
Jesse Smallwood (*pro hac vice* forthcoming)
William R. Murray, Jr. (*pro hac vice* forthcoming)
Richard A. Olderman (*pro hac vice* forthcoming)
Alex Gaudio (*pro hac vice* forthcoming)
Armani Madison (*pro hac vice* forthcoming)
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
rscarborough@wc.com
jsmallwood@wc.com
bmurray@wc.com
rolderman@wc.com
agaudio@wc.com
amadison@wc.com

*Attorneys for Plaintiffs*

AMERICAN BANKERS ASSOCIATION
Thomas Pinder (*pro hac vice* forthcoming)
Andrew Doersam (*pro hac vice* forthcoming)
1333 New Hampshire Ave. NW
Washington, DC 20036
tpinder@aba.com
adoersam@aba.com

*Attorneys for Plaintiff American Bankers Association*

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA
Jennifer B. Dickey (*pro hac vice* forthcoming)

4

Maria C. Monaghan (*pro hac vice* forthcoming)
1615 H Street NW
Washington, DC 20062

*Attorneys for Chamber of Commerce of the United States of America*