UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Texas Bankers Association, et al. §
*Plaintiff* §
§
§
v. § Case No. 2:24-cv-00025-Z
§
§
Office of the Comptroller of the Currency, et al. §
*Defendant* §
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Williams & Connolly LLP, with offices at

680 Maine Avenue SW
(Street Address)

Washington                DC            20024
(City)                    (State)       (Zip Code)

202-434-5000
(Telephone No.)           (Fax No.)

**II.** Applicant will sign all filings with the name  Alexander C. Gaudio.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

American Bankers Association, Texas Bankers Association, Independent Community Bankers of America, Independent Bankers Association of Texas, Chamber of Commerce of the United States of America, Amarillo Chamber of Commerce, Longview Chamber of Commerce

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Supreme Court of Texas_____, where Applicant regularly practices law.

Bar license number: 24134122    Admission date: 03/09/2023

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| District of Columbia | May 23, 2022 | Active |
| Western District of Texas | August 2022 | Active |
| U.S. Court of Appeals Fifth Circuit | August 2022 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Thomas C. Riney, Slater Elza, Underwood Law Firm, PC , who has offices at

500 S. Taylor Street, Suite 1200
(Street Address)

Amarillo               TX               79101
(City)                 (State)          (Zip Code)

806-376-5613           806-379-0316
(Telephone No.)        (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   5   day of February          , 2024   .

Alexander C. Gaudio
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Alexander Cole Gaudio**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 9th day of March, 2023.

I further certify that the records of this office show that, as of this date

**Alexander Cole Gaudio**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 1st day of February, 2024.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 3395C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 01, 2024

Re: Alexander Cole Gaudio, State Bar Number 24134122

To Whom It May Concern:

This is to certify that Alexander Cole Gaudio was licensed to practice law in Texas on March 09, 2023, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

