IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMPTROLLER, *et al.*,<br><br>　　Defendants. | 2:24-CV-025 |

## ORDER

Before the Court are Plaintiffs' Applications for Admission *Pro Hac Vice* ("Applications") (ECF Nos. 6–14), filed February 6, 2024. The applicants represent that they have read — and will comply with — both *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas.

However, Local Rule 83.10 defines "local counsel" as "a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located *within 50 miles of the courthouse* in the division in which the case is pending." *Id.* (emphasis added). Jesse T. Smallwood identified local counsel in Austin, Texas, and thereby failed to satisfy the requirement. Accordingly, ECF Nos. 6–11 and 13–14 are **GRANTED**. ECF No. 12, however, is **DEFERRED** for fourteen days to provide Mr. Smallwood time to identify local counsel.

SO ORDERED.

February __9__, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE