IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF THE COMPTROLLER, *et al.*, <br><br> Defendants. | 2:24-CV-025 |

## ORDER

Before the Court are Plaintiffs' Applications for Admission *Pro Hac Vice* ("Applications") (ECF Nos. 17 and 22), filed February 7 and 9, 2024, respectively. The applicants represent that they have read — and will comply with — both *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. And applicants identify local counsel consistent with Local Rule 83.10. Thus, the Applications are **GRANTED**, and ECF No. 12 (a previous version of ECF No. 22) is **DISMISSED**.

**SO ORDERED**.

February 12, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE