# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS – AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION ET AL., § § Plaintiff(s), § § vs. § OFFICE OF THE COMPTROLLER OF THE § CURRENCY ET AL., § § Defendant(s). § | CIVIL ACTION NO. 2:24-CV-00025-Z |

## RETURN OF SERVICE

Came to hand on **Friday, February 9, 2024 at 3:59 PM,**
Executed at: **500 SOUTH TAYLOR STREET, SUITE 300, AMARILLO, TX 79101**
on **Tuesday, February 13, 2024,** by delivering to the within named:

### BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM

Care of the **CIVIL PROCESS CLERK US ATTORNEY'S OFFICE NORTHERN DISTRICT OF TEXAS, AMARILLO OFFICE,** by Certified Mail Return Receipt Requested, tracking number 9414 8118 9876 5409 3102 73, a true copy of this

### SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, and NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

The return receipt, accepted by an **Authroized Individual** is attached to this form.

BEFORE ME, the undersigned authority, on this day personally appeared Brittney Woodall who after being duly sworn on oath states: "My name is Brittney Woodall. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____
Brittney Woodall - PSC 20304 - Exp 03/31/26

Subscribed and Sworn to by Brittney Woodall, Before Me, the undersigned authority, on this 14th day of February, 2024.



_____
Notary Public in and for the State of Texas

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523831-2
My Comm. Exp. March 21, 2025


UNITED STATES
POSTAL SERVICE

February 13, 2024

Dear Reference 0400375:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5409 3102 73**.

| Item Details | |
|---|---|
| Status: | Delivered to Agent for Final Delivery |
| Status Date / Time: | February 13, 2024, 12:19 pm |
| Location: | AMARILLO, TX 79101 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | BOARD OF GOVERNORS OF THHE FEDERAL RESERVE SYST |

| Recipient Signature | |
|---|---|
| Signature of Recipient: (Authorized Agent) | J⁀ Ca\⁀ |
| Address of Recipient: | 500 T⁀ |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



stamps
endicia

062S0001442135

$10.99  US POSTAGE
FIRST-CLASS
Feb 09 2024
Mailed from ZIP 75240
13 OZ FIRST-CLASS MAIL FLATS
RATE
ZONE 4
11923275

USPS CERTIFIED MAIL

9414 8118 9876 5409 3102 73

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
C/O UNITED STATES ATTORNEY'S OFFICE FOR THE
NORTHERN DISTRICT OF TEXAS, AMARILLO OFFICE
500 SOUTH TAYLOR STREET, SUITE 300
AMARILLO, TX 79101

Special Delivery Service, Inc.
Brittney Woodall
5470 LBJ FWY STE 100
DALLAS TX 75240-1044

0400375

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Texas Bankers Association et al <br> *Plaintiff* <br> v. <br> Office of the Comptroller of the Currency et al <br> *Defendant* | Civil Action No. 2:24-cv-00025-Z |

### Summons in a Civil Action

TO: Board of Governors of the Federal Reserve System

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Slater Elza
PO Box 9158
Amarillo , TX 79105-9158

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 02/07/2024

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00025-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* **RETURN / AFFIDAVIT** _____
_____ on *(date)* **PROOF / ATTACHED** _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: