AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Texas Bankers Association et al <br> *Plaintiff* <br> v. <br> Office of the Comptroller of the Currency et al <br> *Defendant* | Civil Action No. 2:24-cv-00025-Z |

## Summons in a Civil Action

**TO:** Martin Gruenberg, Chairman

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Slater Elza
PO Box 9158
Amarillo, TX 79105-9158

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 02/07/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No.   2:24-CV-00025-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Martin Gruenberg, in His Official Capacity as Chairman of the FDIC
was received by me on *(date)*   2/7/2024   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Monique Williams, Intake Specialist
CT Corp., 1015 15th Street, NW, Washington, DC 20005   , who is
designated by law to accept service of process on behalf of *(name of organization)*
Martin Gruenberg, in His Official Capacity as Chairman of the FDIC   on *(date)*   2/9/2024   12:28 PM   ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify)*:   SERVED TO CT CORP

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   2/9/2024

*Server's signature*

69409

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:
Monique Williams Gender: Female     Race/Skin: Black     Age: 36 yrs. old     Weight: 180 lb.   Height: 5'8"     Hair: Black     Glasses: Yes     Other:

Documents Served: Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Notice and Election Regarding Consent to Proceed Before A United States Magistrate Judge

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

TEXAS BANKERS ASSOCIATION, et al  
**Plaintiff**

vs

OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al  
**Defendant**

Case Number: 2:24-CV-00025-Z

## AFFIDAVIT OF ATTEMPTED SERVICE

I, Mike Lievano, depose and state that I am not a party to this action, am over the age of eighteen and a private process server for the firm Torri's Legal Services, P.O. Box 18647, Washington, DC 20036.

At the request of Williams & Connolly I was asked to serve a Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Notice and Election Regarding Consent to Proceed Before A United States Magistrate Judge to **Martin Gruenberg, in His Official Capacity as Chairman of the FDIC** at the given address **550 17th Street, NW, Washington, DC 20429.**

I received the papers on February 7, 2024.

That on February 9, 2024 at approximately 12:00 p.m. I attempted to serve Martin Gruenberg, in His Official Capacity as Chairman of the FDIC at the given address. FDIC is currently not accepting at this location. A Special Police Officer advised that the papers were to be served at CT Corporation at 1015 15th Street, NW, Washington, DC 20005.

The undersigned declares and affirms that he has personal knowledge of the foregoing facts, that the facts are true and correct and that this affidavit was executed by Mike Lievano, process server.

2/19/24  
Date

69576

Mike Lievano  
P.O. Box 18647  
Washington, DC 20036  
202-296-0222

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al<br>Plaintiff<br><br>vs<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al<br>Defendant | REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT<br><br>Case Number: 2:24-CV-00025-Z |

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO MARTIN GRUENBERG, AS CHAIRMAN OF THE FDIC C/O U.S. ATTORNEY GENERAL

The undersigned, Laura Creekmore, having been duly authorized to make service of the *Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Notice and Election Regarding Consent to Proceed Before A United States Magistrate Judge* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE: Service was delivered to Martin Gruenberg, as Chairman of the FDIC c/o U.S. Attorney General by mailing the documents by Certified/Priority Mail, Tracking Number 9407 1118 9876 5409 8390 10.

Service was delivered to Martin Gruenberg, as Chairman of the FDIC c/o Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530 on 02/14/2024 5:08 AM. See attached a copy of the USPS Tracking Website. (Exhibit A)

2-16-24
Date

Laura Creekmore
P.O. Box 18647
Washington, DC 20036
202-296-0222

69579

## Electronic Delivery Confirmation™

---

**USPS CERTIFIED MAIL™**

Torris Legal Services
18403 WOODFIELD RD STE A
GAITHERSBURG MD 20879-4794

$5.79   US POSTAGE
FIRST-CLASS
Feb 08 2024
Mailed from ZIP 20879
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275



062S0001442057

**USPS CERTIFIED MAIL**



9407 1118 9876 5409 8390 10

MARTIN GRUENBERG, CHAIRMAN
C/O ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

| | |
|---|---|
| Reference | 69411 |
| USPS # | 9407111898765409839010 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at a postal facility at 5:08 am on February 14, 2024 in WASHINGTON, DC 20530. |
| USPS History | Available for Pickup, 02/13/2024, 11:04 am, WASHINGTON, DC 20530
Arrived at Post Office, 02/13/2024, 7:31 am, WASHINGTON, DC 20018
In Transit to Next Facility, 02/12/2024
In Transit to Next Facility, 02/11/2024
In Transit to Next Facility, 02/10/2024
Arrived at USPS Regional Facility, February 9, 2024, 8:13 am, WASHINGTON DC DISTRIBUTION CENTER
Departed Post Office, February 8, 2024, 5:22 pm, GAITHERSBURG, MD 20878
USPS in possession of item, February 8, 2024, 4:38 pm, GAITHERSBURG, MD 20878
Shipping Label Created, USPS Awaiting Item, 02/08/2024, 2:04 pm, GAITHERSBURG, MD 20879 |

**Electronic Delivery Confirmation Report** © 2024 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2024** Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 02/15/2024 00:31:51 (UTC)**

EXHIBIT A