# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**TEXAS BANKERS ASSOCIATION, et al**
**Plaintiff**

vs

**Case Number: 2:24-CV-00025-Z**

**OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al**
**Defendant**

## AFFIDAVIT OF ATTEMPTED SERVICE

I, Mike Lievano, depose and state that I am not a party to this action, am over the age of eighteen and a private process server for the firm Torri's Legal Services, P.O. Box 18647, Washington, DC 20036.

At the request of Williams & Connolly I was asked to serve a Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Notice and Election Regarding Consent to Proceed Before A United States Magistrate Judge to **Office of the Comptroller of the Currency** at the given address **400 7th Street, SW, Washington, DC 20219.**

I received the papers on February 7, 2024.

That on February 8, 2024 at approximately 10:26 a.m. I attempted to serve the **Office of the Comptroller of the Currency** at the given address. Security at the front desk advised that in order for us to serve someone we need to have a point of contact/contact information for someone to come down and receive documents. Security does not have access to anyone's contact information and civilians are not allowed upstairs

The undersigned declares and affirms that he has personal knowledge of the foregoing facts, that the facts are true and correct and that this affidavit was executed by Mike Lievano, process server.

2/19/24
Date

69405

Mike Lievano
P.O. Box 18647
Washington, DC 20036
202-296-0222

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al<br>Plaintiff<br><br>vs<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) REGISTERED/PRIORITY/CERTIFIED<br>MAILING AFFIDAVIT<br><br>Case Number: 2:24-CV-00025-Z |

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO OFFICE OF THE COMPTROLLER OF THE CURRENCY

The undersigned, Laura Creekmore, having been duly authorized to make service of the *Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Notice and election Regarding Consent to Proceed Before A United States Magistrate Judge* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE: Service was delivered to Office of the Comptroller of the Currency by mailing the documents by Certified/Priority Mail, Tracking Number 9407 1118 9876 5409 8051 90.

Service was delivered to Office of the Comptroller of the Currency, 400 7th Street SW, Washington, DC 20219 on 02/14/2024 7:21 AM. See attached a copy of the USPS Tracking Website. (Exhibit A)

2-16-24
Date


69582

Laura Creekmore
P.O. Box 18647
Washington, DC 20036
202-296-0222

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Torris Legal Services
18403 WOODFIELD RD STE A
GAITHERSBURG MD 20879-4794

$5.79   US POSTAGE
FIRST-CLASS
Feb 09 2024
Mailed from ZIP 20879
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275



062S0001442132

**USPS CERTIFIED MAIL**

9407 1118 9876 5409 8051 90

OFFICE OF THE COMPTROLLER OF THE CURRENCY
COMPTROLLER OF CURRENCY
400 7TH ST SW
WASHINGTON DC 20219-0004



| | |
|---|---|
| Reference | 69405 |
| USPS # | 9407111898765409805190 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 7:21 am on February 14, 2024 in WASHINGTON, DC 20219. |
| USPS History | Arrived at Post Office, 02/14/2024, 5:28 am, WASHINGTON, DC 20018
In Transit to Next Facility, 02/13/2024
In Transit to Next Facility, 02/12/2024
In Transit to Next Facility, 02/11/2024
Arrived at USPS Regional Facility, February 10, 2024, 8:06 am, WASHINGTON DC DISTRIBUTION CENTER
Arrived at USPS Regional Facility, February 9, 2024, 11:16 pm, GAITHERSBURG MD DISTRIBUTION CENTER
Accepted at USPS Origin Facility, February 9, 2024, 10:01 pm, GAITHERSBURG, MD 20879
Shipping Label Created, USPS Awaiting Item, 02/09/2024, 1:41 pm, GAITHERSBURG, MD 20879 |

Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
Report Design Copyright 2024 Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
Date Verified: 02/15/2024 06:16:40 (UTC)



EXHIBIT A

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al<br>Plaintiff<br><br>vs<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al<br>Defendant | REGISTERED/PRIORITY/CERTIFIED<br>MAILING AFFIDAVIT<br><br>Case Number: 2:24-CV-00025-Z |

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO OFFICE OF THE COMPTROLLER OF THE CURRENCY C/O U.S. ATTORNEY GENERAL

The undersigned, Laura Creekmore, having been duly authorized to make service of the *Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Notice and election Regarding Consent to Proceed Before A United States Magistrate Judge* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE: Service was delivered to Office of the Comptroller of the Currency c/o U.S. Attorney General by mailing the documents by Certified/Priority Mail, Tracking Number 9407 1118 9876 5409 0010 35.

Service was delivered to Office of the Comptroller of the Currency c/o United States Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 02/13/2024 7:07 AM. See attached a copy of the USPS Tracking Website. (Exhibit A)

2-16-24
Date



69583

Laura Creekmore
P.O. Box 18647
Washington, DC 20036
202-296-0222

## Electronic Delivery Confirmation™

---

**USPS CERTIFIED MAIL™**

Torris Legal Services
18403 WOODFIELD RD STE A
GAITHERSBURG MD 20879-4794

$5.79   US POSTAGE
FIRST-CLASS
Feb 08 2024
Mailed from ZIP 20879
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275



062S0001442154

**USPS CERTIFIED MAIL**



9407 1118 9876 5409 0010 35

OFFICE OF THE COMPTROLLER OF THE CURRENCY
C/O ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

| | |
|---|---|
| Reference | 69411 |
| USPS # | 9407111898765409001035 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 7:07 am on February 13, 2024 in WASHINGTON, DC 20219. |
| USPS History | Arrived at Post Office, 02/13/2024, 4:50 am, WASHINGTON, DC 20018
In Transit to Next Facility, 02/12/2024
In Transit to Next Facility, 02/11/2024
In Transit to Next Facility, 02/10/2024
Arrived at USPS Regional Facility, February 9, 2024, 8:13 am, WASHINGTON DC DISTRIBUTION CENTER
Departed Post Office, February 8, 2024, 5:22 pm, GAITHERSBURG, MD 20878
USPS in possession of item, February 8, 2024, 4:38 pm, GAITHERSBURG, MD 20878
Shipping Label Created, USPS Awaiting Item, 02/08/2024, 1:58 pm, GAITHERSBURG, MD 20879 |

Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
Report Design Copyright 2024 Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
Date Verified: 02/14/2024 01:13:41 (UTC)

EXHIBIT A