# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**TEXAS BANKERS ASSOCIATION, et al**
**Plaintiff**

vs

**Case Number: 2:24-CV-00025-Z**

**OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al**
**Defendant**

## AFFIDAVIT OF ATTEMPTED SERVICE

I, Mike Lievano, depose and state that I am not a party to this action, am over the age of eighteen and a private process server for the firm Torri's Legal Services, P.O. Box 18647, Washington, DC 20036.

At the request of Williams & Connolly I was asked to serve a Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Notice and Election Regarding Consent to Proceed Before A United States Magistrate Judge to **Jerome Powell, Chairman, Board of Governors of the Federal Reserve** at the given address **Constitution Avenue, NW & 20th Street, NW, Washington, DC 20551**.

I received the papers on February 7, 2024.

That on February 8, 2024 at approximately 10:26 a.m. I attempted to serve the **Jerome Powell, Chairman, Board of Governors of the Federal Reserve** at the given address. The given address is currently under construction and part of it is being demolished. The building is not open to the public at this time.

The undersigned declares and affirms that he has personal knowledge of the foregoing facts, that the facts are true and correct and that this affidavit was executed by Mike Lievano, process server.

2/19/24
Date

69410

**Mike Lievano**
P.O. Box 18647
Washington, DC 20036
202-296-0222

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al<br>Plaintiff<br><br>vs<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al<br>Defendant | REGISTERED/PRIORITY/CERTIFIED<br>MAILING AFFIDAVIT<br><br>Case Number: 2:24-CV-00025-Z |

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO JEROME POWELL, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE BOARD OF GOVERNORS

The undersigned, Laura Creekmore, having been duly authorized to make service of the *Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Notice and election Regarding Consent to Proceed Before A United States Magistrate Judge* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE: Service was delivered to Jerome Powell, in his Official Capacity as Chairman of the Board of Governors by mailing the documents by Certified/Priority Mail, Tracking Number 9407 1118 9876 5409 8024 89.

Service was delivered to Board of Governors of the Federal Reserve, Constitution Ave NW & 20th Street NW, Washington, DC 20551 on 02/15/2024 8:32 AM. See attached a copy of the USPS Tracking Website. (Exhibit A)

2-16-24
Date


69589

Laura Creekmore
P.O. Box 18647
Washington, DC 20036
202-296-0222

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Torris Legal Services
18403 WOODFIELD RD STE A
GAITHERSBURG MD 20879-4794

$5.79   US POSTAGE
FIRST-CLASS
Feb 09 2024
Mailed from ZIP 20879
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275

062S0014949862

**USPS CERTIFIED MAIL**



9407 1118 9876 5409 8024 89

JEROME POWELL, CHAIRMAN
BOARD OF GOVERNORS OF THE FEDERAL RESERVE
CONSTITUTION AVE NW & 20TH STREET, NW
WASHINGTON DC 20551-0001

| | |
|---|---|
| Reference | 69410 |
| USPS # | 9407111898765409802489 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at a postal facility at 8:32 am on February 15, 2024 in WASHINGTON, DC 20551. |
| USPS History | Available for Pickup, 02/14/2024, 10:56 am, WASHINGTON, DC 20551
Arrived at Post Office, 02/14/2024, 9:09 am, WASHINGTON, DC 20018
In Transit to Next Facility, 02/13/2024
In Transit to Next Facility, 02/12/2024
In Transit to Next Facility, 02/11/2024
Arrived at USPS Regional Facility, February 10, 2024, 8:04 am, WASHINGTON DC DISTRIBUTION CENTER
Arrived at USPS Regional Facility, February 9, 2024, 11:16 pm, GAITHERSBURG MD DISTRIBUTION CENTER
Accepted at USPS Origin Facility, February 9, 2024, 10:01 pm, GAITHERSBURG, MD 20879
Shipping Label Created, USPS Awaiting Item, 02/09/2024, 1:49 pm, GAITHERSBURG, MD 20879 |

Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
Report Design Copyright 2024 Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
Date Verified: 02/16/2024 00:50:40 (UTC)



EXHIBIT A