| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al<br>Plaintiff<br><br>vs<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al<br>Defendant | REGISTERED/PRIORITY/CERTIFIED<br>MAILING AFFIDAVIT<br><br>Case Number: 2:24-CV-00025-Z |

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM C/O U.S. ATTORNEY GENERAL

The undersigned, Laura Creekmore, having been duly authorized to make service of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Notice and election Regarding Consent to Proceed Before A United States Magistrate Judge** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE: Service was delivered to Board of Governors of the Federal Reserve System c/o U.S. Attorney General by mailing the documents by Certified/Priority Mail, Tracking Number 9407 1118 9876 5409 8397 44.

Service was delivered to Board of Governors of the Federal Reserve System c/o United States Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530 on 02/15/2024 8:32 AM. See attached a copy of the USPS Tracking Website. (Exhibit A)

2-20-24
Date


69593

Laura Creekmore
P.O. Box 18647
Washington, DC 20036
202-296-0222

Hello, Torri    Balance: $181.82    User# 55790    👤 Dashboard    ↪ Logout

🛒 Shopping Cart

# Certified Mail Labels.com

≡

HOME / REPORTS / SUMMARY TRACKING REPORT / DETAIL

← Back    ✓ Update & Create Report

**USPS CERTIFIED MAIL™**

Torris Legal Services
18403 WOODFIELD RD STE A
GAITHERSBURG MD 20879-4794

$5.79  US POSTAGE
FIRST-CLASS
Feb 08 2024
Mailed from ZIP 20879
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275

062S0014949889

**USPS CERTIFIED MAIL**

9407 1118 9876 5409 8397 44

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTE
C/O ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

| Reference | 69411 |
|---|---|
| USPS # | 9407111898765409839744 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at a postal facility at 8:32 am on February 15, 2024 in WASHINGTON, DC 20551. |
| USPS History | Available for Pickup, 02/13/2024, 12:15 pm, WASHINGTON, DC 20551<br>Arrived at Post Office, 02/13/2024, 12:03 pm |



EXHIBIT A

WASHINGTON, DC 20018
In Transit to Next Facility, 02/12/2024
In Transit to Next Facility, 02/11/2024
In Transit to Next Facility, 02/10/2024
Arrived at USPS Regional Facility, February 9, 2024, 8:13 am, WASHINGTON DC DISTRIBUTION CENTER
Departed Post Office, February 8, 2024, 5:22 pm, GAITHERSBURG, MD 20878
USPS in possession of item, February 8, 2024, 4:38 pm, GAITHERSBURG, MD 20878
Shipping Label Created, USPS Awaiting Item, 02/08/2024, 2:01 pm, GAITHERSBURG, MD 20879

| | |
|---|---|
| Updated Date | 02/16/2024 01:15:54 |
| Transaction ID | 22128241 |
| Transaction Date | 02/08/2024 20:01:45 |
| User # | 55790 |
| Account # | 55790 |
| Electronic Delivery Confirmation | Click To View |
| Return Receipt (Signature) | |

**Delivery Information**

| | |
|---|---|
| To Name | C/O ATTORNEY GENERAL OF THE UNITED STATES |
| To Company | BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTE |
| To Address1 | 950 PENNSYLVANIA AVENUE, NW |
| To Address2 | |
| To City | WASHINGTON |

| To State | DC |
|---|---|
| To Zip | 20530 |

Get in Touch

CONTACT US

Address: 950 Celebration Blvd Suite A
Celebration, FL 34747
USA

Phone: 800-406-1792

CUSTOMER REVIEWS

i really love this certified mail its so easy and i don't have to leave home i wont use anything els...



I absolutely like this, so easy to use. I am grateful that I found this website with Friendly staff...



FOLLOW US



Certified Mail ® is a trademark of the United States Postal Service USPS.

**www.CertifiedMailLabels.com** Copyright February 20, 2024. All rights reserved.

› FAQ's   › Contact   › Sitemap