IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al., <br><br> Defendants. | Case No. 2:24-CV-00025-Z-O |

## NOTICE OF LIMITED APPEARANCE

I, George M. Padis, assistant United States attorney, notify the Court and the parties that I represent Defendants Office of the Comptroller of the Currency, Michael J. Hsu in his official capacity, the Board of Governors of the Federal Reserve System, Jerome Powell in his official capacity, the Federal Deposit Insurance Corporation, and Martin J. Gruenberg in his official capacity (collectively "Defendants") in a limited capacity, solely to file an unopposed extension motion.  My representation is expected to be limited in scope and duration until such time as Defendants' counsel (with independent litigation authority by statute) are admitted pro hac vice and obtain ECF filing privileges (both of which I understand are being presently sought).

*Signature on next page*

**Notice of Limited Appearance – Page 1**

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ George M. Padis*
George M. Padis
Assistant United States Attorney
Texas Bar No. 24088173
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
214-659-8600
george.padis@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On February 21, 2024, I electronically filed the above Notice with the clerk of court for the U.S. District Court, Northern District of Texas. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ George M. Padis*
George M. Padis