IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:24-CV-025-Z |
| OFFICE OF THE COMPTROLLER OF THE CURRENCY et al., | § § § § | |
| Defendants. | § | **Referred to U.S. Magistrate Judge** |

## STANDING ORDER OF REFERENCE

Under the authority of 28 U.S.C. § 636(b) and Rule 2(c) of Miscellaneous Order No. 6 of this District, this action is hereby REFERRED to U.S. Magistrate Judge Reno for pretrial management. All non-dispositive motions, except motions relevant to expert witnesses, are referred to the Magistrate Judge for determination. All other pretrial matters, including scheduling and alternative dispute resolution, are referred to the Magistrate Judge for appropriate action consistent with applicable law. Magistrate Judge Reno is to notify the court when the case is ready for a trial setting.

The parties are instructed that they are not to submit paper copies of pleadings or motions to either District Judge or Magistrate Judge chambers, unless otherwise instructed to do so by one of those chambers.

**SO ORDERED.**

February 22, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE