IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
- AMARILLO DIVISION -

| | |
|---|---|
| **TEXAS BANKERS ASSOCIATION, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.**,<br><br>Defendants. | **CIVIL NO. 2:24-cv-00025-Z-O**<br><br>The Hon. Matthew J. Kacsmaryk<br>United States District Judge |

## ENTRY OF APPEARANCE

The Clerk will kindly enter the appearances of Andrew J. Dober and Herbert G. Smith II as counsel for defendants Federal Deposit Insurance Corporation and Martin J. Gruenberg, in his official capacity, in the captioned case.

/s/   *Andrew J. Dober*
Andrew J. Dober (*pro hac vice* forthcoming)
Senior Counsel
Herbert G. Smith II (*pro hac vice* forthcoming)
Counsel
3501 Fairfax Drive, D-7028
Arlington, VA 22226-3500
Tel: (703) 562-2460
Email: adober@fdic.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

*/s/ Andrew Dober*
Andrew Dober