IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
- AMARILLO DIVISION -

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al., <br><br>  Defendants. | CIVIL NO. 2:24-cv-00025-Z-O <br><br> The Hon. Matthew J. Kacsmaryk <br> United States District Judge |

### ENTRY OF APPEARANCE

The Clerk will kindly enter the appearance of Peter C. Koch as counsel for defendants Office of the Comptroller of the Currency and Michael J. Hsu, in his official capacity, in the captioned case.

> /s/ *Peter C. Koch*
> Peter C. Koch (*pro hac vice* forthcoming)
> Director for Litigation
> Office of the Comptroller of the Currency
> 400 7th Street SW, Mailstop 9E-1
> Washington, DC 20219
> Tel: (202) 649-6313
> Email: peter.koch@occ.treas.gov

DATED:  February 23, 2024

### CERTIFICATE OF SERVICE

The undersigned HEREBY CERTIFIES that on February 23, 2024, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

> /s/ *Peter C. Koch*
> Peter C. Koch