IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
- AMARILLO DIVISION -

TEXAS BANKERS ASSOCIATION, et al.,

    Plaintiffs,

  v.

OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.,

    Defendants.

CIVIL NO. 2:24-cv-00025-Z-O

The Hon. Matthew J. Kacsmaryk
United States District Judge

## ENTRY OF APPEARANCE

The Clerk will kindly enter the appearance of Ashley W. Walker as counsel for defendants Office of the Comptroller of the Currency and Michael J. Hsu, in his official capacity, in the captioned case.

                                                                       */s/ Ashley W. Walker*
Ashley W. Walker (*pro hac vice* forthcoming)
Special Counsel, Litigation
Office of the Comptroller of the Currency
400 7th Street SW, Mailstop 9E-1
Washington, DC 20219
Tel: (202) 649-6315
Email: ashley.walker@occ.treas.gov

DATED: February 23, 2024

## CERTIFICATE OF SERVICE

The undersigned HEREBY CERTIFIES that on February 23, 2024, she electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

                                                                       /s/ *Ashley W. Walker*
Ashley W. Walker