IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
- AMARILLO DIVISION -

| | |
|---|---|
| **TEXAS BANKERS ASSOCIATION et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICE OF THE COMPTROLLER OF THE CURRENCY et al.,**<br><br>Defendants. | **CIVIL NO. 2:24-cv-00025-Z-O**<br><br>The Hon. Matthew J. Kacsmaryk<br>United States District Judge |

## ENTRY OF APPEARANCE

The Clerk is kindly requested to enter the appearance of Nicholas Jabbour as counsel for defendants Board of Governors of the Federal Reserve System and Jerome Powell, in his official capacity, in the above-captioned case.

*/s/ Nicholas Jabbour*
Nicholas Jabbour
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
nick.jabbour@frb.gov
(202) 815-7450

*Counsel for Defendants Board of Governors of the Federal Reserve System and Jerome Powell, in his Official Capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

*/s/ Nicholas Jabbour*
Nicholas Jabbour