IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, | § § § | |
| Plaintiffs, | § § | 2:24-CV-25-Z-BR |
| v. | § § | |
| OFFICE OF THE COMPTROLLER OF CURRENCY, *et al.*, | § § § | |
| Defendants. | § § § | |

**ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND DEADLINE TO RESPOND**

Before the Court is Defendants' Motion for One-Week Enlargement of Time to Respond to Plaintiffs' Motion for a Preliminary Injunction. (ECF 43). By that Motion, Defendants seeks a one-week extension to respond to Plaintiffs' Motion for a Preliminary Injunction. (ECF 19). Having considered the Motion, the Court finds it should be GRANTED.

Accordingly, Defendants shall file a response to Plaintiffs' Motion for a Preliminary Injunction (ECF 19) on or before **March 8, 2024**.

IT IS SO ORDERED.

ENTERED February 26, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE