IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
- AMARILLO DIVISION -

| | |
|---|---|
| **TEXAS BANKERS ASSOCIATION, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.**,<br><br>Defendants. | **CIVIL NO. 2:24-cv-00025-Z**<br><br>The Hon. Matthew J. Kacsmaryk<br>United States District Judge |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR WAIVER OF LOCAL COUNSEL REQUIREMENT

Before the Court is the Motion of Defendants Office of the Comptroller of the Currency, Michael J. Hsu in his official capacity, the Board of Governors of the Federal Reserve System, Jerome Powell in his official capacity, the Federal Deposit Insurance Corporation, and Martin J. Gruenberg in his official capacity, for a waiver of the local counsel requirement of Local Rule 83.10  Having reviewed the Unopposed Motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that attorneys representing each of the respective Defendants may proceed without local counsel.  Counsel representing each of the Defendants must be prepared to present and argue the position of their respective clients at any hearing called by the presiding judge and must be able to perform any other duty required by the presiding judge or the local rules of this court.

**SO ORDERED** on this __ **day** of **February, 2024**.

_____
Matthew J. Kacsmaryk
UNITED STATES DISTRICT JUDGE