IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
- AMARILLO DIVISION -

| | |
|---|---|
| **TEXAS BANKERS ASSOCIATION, et al.**<br><br>    Plaintiffs,<br><br>v.<br><br>**OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.**,<br><br>    Defendants. | CIVIL NO. 2:24-cv-00025-Z<br><br>The Hon. Matthew J. Kacsmaryk<br><br>United States District Judge |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that each attorney listed below has read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

We further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. We understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

1

DATED: February 26, 2024                    Respectfully submitted,

   <u>/s/ *Herbert G. Smith II*</u>
Andrew J. Dober (D.C. Bar No. 489638)
Senior Counsel
Herbert G. Smith II (D.C. Bar No. 450811)
Counsel
3501 Fairfax Drive
Arlington, VA 22226-3500
Tel: (571) 249-7646
Email: hesmith@fdic.gov
*Counsel for Defendants Federal Deposit Insurance Corporation and Martin J. Gruenberg, in his Official Capacity*

<u>/s/ *Joshua P. Chadwick*</u>
Joshua P. Chadwick
Nicholas Jabbour
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
joshua.p.chadwick@frb.gov
(202) 263-4835

*Counsel for Defendants Board of Governors of the Federal Reserve System and Jerome Powell, in his Official Capacity*

2

*/s/ Peter C. Koch*
Peter C. Koch
Director for Litigation
Ashley W. Walker
Special Counsel, Litigation
Office of the Comptroller of the Currency
400 7th Street SW, Mailstop 9E-1
Washington, DC 20219
Tel: (202) 649-6313
Email: peter.koch@occ.treas.gov

*Counsel for Defendants Office of the Comptroller of the Currency and Michael J. Hsu, in his official capacity*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

/s/ *Herbert G. Smith II*
Herbert G. Smith II