IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
- AMARILLO DIVISION -

| | |
|---|---|
| **TEXAS BANKERS ASSOCIATION, et al.**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.**,<br><br>　　　　Defendants. | CIVIL NO. 2:24-cv-00025-Z<br><br>The Hon. Matthew J. Kacsmaryk<br>United States District Judge |

**FEDERAL DEPOSIT INSURANCE CORPORATION'S
CERTIFICATE OF INTERESTED PERSONS**

Defendants the Federal Deposit Insurance Corporation and Martin J. Gruenberg in his official capacity, by counsel, certify that other than the parties to this case, the undersigned are currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

DATED: February 26, 2024.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Herbert G. Smith II*
　　　　　　　　　　　　　　　　　　　　Andrew J. Dober (D.C. Bar No. 489638 )
　　　　　　　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　　　　　　　Herbert G. Smith II (D.C. Bar No. 450811)
　　　　　　　　　　　　　　　　　　　　Counsel
　　　　　　　　　　　　　　　　　　　　3501 Fairfax Drive
　　　　　　　　　　　　　　　　　　　　Arlington, VA 22226-3500
　　　　　　　　　　　　　　　　　　　　Tel: (571) 249-7646
　　　　　　　　　　　　　　　　　　　　Email: hesmith@fdic.gov
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Federal Deposit Insurance Corporation*

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

   /s/   *Herbert G. Smith II*
Herbert G. Smith II (D.C. Bar No. 450811)
Counsel
3501 Fairfax Drive
Arlington, VA 22226-3500
Tel: (571) 249-7646
Email: hesmith@fdic.gov