IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, | § § § |
| Plaintiffs, | § § |
| v. | § § 2:24-CV-25-Z-BR § |
| OFFICE OF THE COMPTROLLER OF CURRENCY, *et al.*, | § § § |
| Defendants. | § § § |

## ORDER GRANTING MOTION TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is Defendants' Unopposed Motion for Waiver of Local Counsel Requirement. (ECF 51). Counsel for Defendants are employed by federal agencies/entities. (*Id.* at 1). The Court does not require attorneys appearing on behalf of the United States Justice Department ("DOJ") or the Attorney General of the State of Texas ("Texas OAG") to obtain local counsel. (ECF 54 at 1, n.1). For similar reasons that the Court does not require DOJ or Texas OAG attorneys to obtain local counsel, the Court will not require Defendants to obtain local counsel in this case.

Accordingly, Defendants' Motion is GRANTED. Defendants may proceed without obtaining local counsel.

IT IS SO ORDERED.

ENTERED February 27, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE