# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

TEXAS BANKERS ASSOCIATION, et al  
Plaintiff  

vs  

OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al  
Defendant  

REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT

Case Number: 2:24-CV-00025-Z

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO FEDERAL DEPOSIT INSURANCE COMMISSION

The undersigned, Laura Creekmore, having been duly authorized to make service of the *Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Notice and Election Regarding Consent to Proceed Before A United States Magistrate Judge* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE: Service was delivered to Federal Deposit Insurance Commission by mailing the documents by Certified/Priority Mail, Tracking Number 9407 1118 9876 5404 0102 78.

Service was delivered to 550 17th Street, NW, Washington, DC 20429 on 02/26/2024 12:42 PM. See attached a copy of the USPS Tracking Website. (Exhibit A)

2/27/24  
Date



Laura Creekmore  
P.O. Box 18647  
Washington, DC 20036  
202-296-0222

69759

EXHIBIT A

**USPS CERTIFIED MAIL™**

stamps endicia

062S0010937442

$5.79  US POSTAGE
FIRST-CLASS
Feb 20 2024
Mailed from ZIP 20879
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275

USPS CERTIFIED MAIL

9407 1118 9876 5404 0102 78

FEDERAL DEPOSIT INSURANCE CORPORATION
FEDERAL DEPOSIT INSURANCE CORPORATION
550 17TH ST NW
WASHINGTON DC 20429-0002

Torris Legal Services
18403 WOODFIELD RD STE A
GAITHERSBURG MD 20879-4794

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9407111898765404010278

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:42 pm on February 26, 2024 in WASHINGTON, DC 20429.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20429
February 26, 2024, 12:42 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers