| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al<br>Plaintiff<br><br>vs<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al<br>Defendant | REGISTERED/PRIORITY/CERTIFIED<br>MAILING AFFIDAVIT<br><br>Case Number: 2:24-CV-00025-Z |

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO MARTIN GRUENBERG, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE FDIC

The undersigned, Laura Creekmore, having been duly authorized to make service of the *Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Notice and Election Regarding Consent to Proceed Before A United States Magistrate Judge* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE: Service was delivered to Martin Gruenberg, in His Official Capacity as Chairman of the FDIC by mailing the documents by Certified/Priority Mail, Tracking Number 9407 1118 9876 5404 0127 91.

Service was delivered to 550 17th Street, NW, Washington, DC 20429 on 02/26/2024 12:42 PM. See attached a copy of the USPS Tracking Website. (Exhibit A)

2/27/24
Date



69761

Laura Creekmore
P.O. Box 18647
Washington, DC 20036
202-296-0222

**USPS CERTIFIED MAIL™**

stamps
endicia

$5.79   US POSTAGE
FIRST-CLASS
Feb 20 2024
Mailed from ZIP 20879
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275
062S0014418049

USPS CERTIFIED MAIL

9407 1118 9876 5404 0127 91

MARTIN GRUENBERG, CHAIRMAN
IN HIS OFFICIAL CAPACITY OF THE FDIC
550 17TH ST NW
WASHINGTON DC 20429-0001

Torris Legal Services
18403 WOODFIELD RD STE A
GAITHERSBURG MD 20879-4794

EXHIBIT A

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9407111898765404012791

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:42 pm on February 26, 2024 in WASHINGTON, DC 20429.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20429
February 26, 2024, 12:42 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers