TEXAS BANKERS ASSOCIATION, et al
**Plaintiff**

vs

OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al
**Defendant**

)
)
)
)
)
)
)
)
)
\

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

Case Number: 2:24-CV-00025-Z

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO JEROME POWELL, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE BOARD OF GOVERNORS C/O U.S. ATTORNEY GENERAL

The undersigned, Laura Creekmore, having been duly authorized to make service of the *Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Notice and Election Regarding Consent to Proceed Before A United States Magistrate Judge* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE: Service was delivered to Jerome Powell, in his Official Capacity as Chairman of the Board of Governors c/o U.S. Attorney General by mailing the documents by Certified/Priority Mail, Tracking Number 9407 1118 9876 5404 0157 47.

Service was delivered to United States Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530 on 02/26/2024 4:50 AM. See attached a copy of the USPS Tracking Website. (Exhibit A)

2/27/24
Date


69760

Laura Creekmore
P.O. Box 18647
Washington, DC 20036
202-296-0222

USPS CERTIFIED MAIL™

stamps
endicia

062S0011485636

$5.79   US POSTAGE
FIRST-CLASS
Feb 20 2024
Mailed from ZIP 20879
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275

USPS CERTIFIED MAIL

9407 1118 9876 5404 0157 47

JEROME POWELL, CHAIRMAN
C/O ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

Torris Legal Services
18403 WOODFIELD RD STE A
GAITHERSBURG MD 20879-4794


EXHIBIT A

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9407111898765404015747

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:50 am on February 26, 2024 in WASHINGTON, DC 20530.

_____

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
February 26, 2024, 4:50 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

### Text & Email Updates                                                                    ∨

### USPS Tracking Plus®                                                                      ∨

### Product Information                                                                      ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers