IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.,<br><br>    Defendants. | Case No. 2:24-CV-00025-Z-BR |

## UNOPPOSED MOTION TO WITHDRAW

    I, George M. Padis, assistant United States attorney, move under Local Civil Rule 83.12 to withdraw as counsel of record.  As noted in the limited notice of appearance (ECF No. 42), I appeared in this case solely to file an unopposed motion for an extension (ECF No. 43) until such time as Defendants' other counsel (with independent statutory litigation authority) are admitted pro hac vice and obtain ECF filing privileges.  Both of those matters having been resolved and the extension having been granted, the undersigned attorney's representation is no longer required.  Moreover, the undersigned attorney has been succeeded in the case by government attorneys with the Office of the Comptroller of the Currency Chief Counsel's Office, Ashley Wilcox Walker and Peter Chadwell Koch, 400 7th St Sw., Washington, DC 20219; with the Board of Governors of the Federal Reserve System, Joshua Paul Chadwick and Nicholas Jabbour, Legal Division, 20th Street And Constitution Avenue Nw., Washington, DC 20551; and with

the FDIC, Andrew Dober and Herbert G. Smith, II, FDIC – Corporate Litigation Unit, 3501 Fairfaix Drive, Arlington, VA 22226.  See Local Civil Rule 83.12(a).  I conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ George M. Padis
George M. Padis
Assistant United States Attorney
Texas Bar No. 24088173
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
214-659-8600
george.padis@usdoj.gov

### CERTIFICATE OF CONFERENCE

I conferred over email with Plaintiffs' counsel, and counsel indicated Plaintiffs are unopposed to this motion by email received on February 28, 2024.

/s/ George M. Padis
George M. Padis

### CERTIFICATE OF SERVICE

On February 28, 2024, I electronically filed the above motion to withdraw with the clerk of court for the U.S. District Court, Northern District of Texas.  I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ George M. Padis
George M. Padis