IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, | § § § | |
| Plaintiffs, | § § | 2:24-CV-25-Z-BR |
| v. | § § | |
| OFFICE OF THE COMPTROLLER OF CURRENCY, *et al.*, | § § § § | |
| Defendants. | § § | |

### ORDER GRANTING UNOPPOSED MOTION
### TO WITHDRAW AS ATTORNEY

Before the Court is George M. Padis's Unopposed Motion to Withdraw as Attorney. (ECF 59). The Motion is unopposed. (ECF 59 at 2). Having considered the Motion, the Court finds the Motion should be GRANTED. George M. Padis shall be allowed to withdraw from this matter.

IT IS SO ORDERED.

ENTERED May 2, 2019.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE