IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF THE COMPTROLLER OF THE CURRENCY et al., <br><br> Defendants. | CIVIL NO. 2:24-cv-00025-Z <br> The Hon. Matthew J. Kacsmaryk <br> United States District Judge |

**JOINT MOTION TO FILE OPPOSITION AND REPLY BRIEFS TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF THE PAGE LIMITS
PRESCRIBED BY LOCAL RULE**

All parties to the case jointly move the Court for leave (1) for Defendants to file a consolidated opposition to Plaintiffs' Motion for Preliminary Injunction up to and including 40 pages in length, and (2) for Plaintiffs to file a consolidated reply brief up to and including 20 pages in length. In support of their Joint Motion, the parties state as follows:

1.  Plaintiffs filed their Motion for a Preliminary Injunction on February 9, 2024. ECF 19. Plaintiffs' Memorandum of Law in Support is 21 pages in length and was accompanied by an Appendix with 10 declarations totaling 59 pages. ECF 20 & 21.

2.  Because of the significance of the matters at issue, and the desire to submit a single, consolidated response on behalf of all Defendants, Defendants' counsel require additional pages to assure that the matters raised by Plaintiffs may be fully briefed for the Court. Defendants respectfully request an enlargement of the page limit for the joint opposition up to and including 40 pages, which would be in excess of the 25-page limit for each Defendant

prescribed by Local Rule 7.2.

3.	For similar reasons, Plaintiffs respectfully request an enlargement of the page limit for the joint reply brief up to and including 20 pages, which would be in excess of the 10-page limit prescribed by Local Rule 7.2.

4.	Enlargement of the page limits will not prejudice any party and will benefit the Court. Plaintiff's Motion for Preliminary Injunction addresses a significant inter-agency rulemaking and the parties' request for reasonable extensions of the page limits in these circumstances is the sort of extraordinary and compelling reason contemplated by Local Rule 7.2.

For the foregoing reasons, all parties respectfully move the Court to waive the page limit requirements of Local Rule 7.2, and enter an order permitting Defendants to file a consolidated opposition brief of up to and including 40 pages and Plaintiffs to file a reply brief up to and including 20 pages (excluding the table of contents and table of authorities).

DATED:  March 5, 2024                                Respectfully submitted,


 /s/   *Andrew J. Dober*
Andrew J. Dober (D.C. Bar No. 489638)
Senior Counsel
Herbert G. Smith II (D.C. Bar No. 450811)
Counsel
3501 Fairfax Drive, D-7028
Arlington, VA 22226-3500
Tel: (703) 562-2545
Fax: (703) 562-2477
Email: adober@fdic.gov

*Counsel for Defendants Federal Deposit Insurance Corporation and Martin J. Gruenberg, in his Official Capacity*

<u>/s/ Joshua P. Chadwick</u>
Joshua P. Chadwick (DC Bar No. 502279)
Nicholas Jabbour (DC Bar No. 500626)
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
joshua.p.chadwick@frb.gov
(202) 263-4835

*Counsel for Defendants Board of Governors of the Federal Reserve System and Jerome Powell, in his Official Capacity*

<u>/s/ Peter C. Koch</u>
Peter C. Koch (Ill. Bar No. 6225347)
Director for Litigation
Ashley W. Walker (D.C. Bar No. 488126)
Special Counsel, Litigation
Office of the Comptroller of the Currency
400 7th Street SW, Mailstop 9E-1
Washington, DC 20219
Tel: (202) 649-6313
Email: peter.koch@occ.treas.gov

*Counsel for Defendants Office of the Comptroller of the Currency and Michael J. Hsu, in his official capacity*

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney (Texas Bar No. 16935100)
Slater Elza (Texas Bar No. 24000747)
PO 9158
Amarillo, Texas 79105
(806) 376-5613
(806) 349-9474
tom.riney@uwlaw.com
slater.elza@uwlaw.com

WILLIAMS & CONNOLLY LLP
Ryan Scarborough (*pro hac vice*)
Jesse Smallwood (*pro hac vice*)
William R. Murray, Jr. (*pro hac vice*)
Richard A. Olderman (*pro hac vice*)
Alex Gaudio (*pro hac vice*)

Armani Madison (*pro hac vice*)
Braden G. Currey (*pro hac vice pending*)
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
rscarborough@wc.com
jsmallwood@wc.com
bmurray@wc.com
rolderman@wc.com
agaudio@wc.com
amadison@wc.com

*Attorneys for Plaintiffs*

AMERICAN BANKERS ASSOCIATION
Thomas Pinder (*pro hac vice*)
Andrew Doersam (*pro hac vice*)
1333 New Hampshire Ave. NW
Washington, DC 20036
tpinder@aba.com
adoersam@aba.com

*Attorneys for Plaintiff American Bankers Association*

U.S. CHAMBER LITIGATION CENTER
Jennifer B. Dickey (*pro hac vice*)
Maria C. Monaghan (*pro hac vice*)
1615 H Street NW
Washington, DC 20062
jdickey@USChamber.com
mmonaghan@USChamber.com

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

/s/ *Andrew J. Dober*
Andrew J. Dober
