IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY et al.,<br><br>Defendants. | CIVIL NO. 2:24-cv-00025-Z<br>The Hon. Matthew J. Kacsmaryk<br>United States District Judge |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO FILE OPPOSITION AND REPLY BRIEFS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF THE PAGE LIMITS PRESCRIBED BY LOCAL RULE**

Before the Court is the parties' Joint Motion to File Opposition and Reply Briefs to Plaintiffs' Motion for Preliminary Injunction in Excess of the Page Limits Prescribed by Local Rule. (ECF __). Having considered the arguments, the Court finds that this matter presents compelling reasons for expanding the page limit prescribed by Local Rule 7.2(c).

Accordingly, the Joint Motion is GRANTED. Defendants' Response to Plaintiffs' Motion for Preliminary Injunction may be up to and including 40 pages and Plaintiffs' Reply may be up to and including 20 pages (excluding the table of contents and table of authorities).

IT IS SO ORDERED.

ENTERED: _____
UNITED STATES DISTRICT COURT JUDGE