IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMPTROLLER OF CURRENCY, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§  2:24-CV-25-Z-BR<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE A CONSOLIDATED BRIEF IN EXCESS OF PAGE LIMIT**

Before the Court is the parties' Joint Motion to File Opposition and Reply Brief to Plaintiffs' Motion for Preliminary Injunction in Excess of the Page Limits Prescribed by Local Rule. (ECF 62). Defendants seek leave to file a consolidated brief not to exceed 40 pages in opposition to Plaintiffs' Motion for Preliminary Injunction. (*Id.* at 1). Plaintiffs seeks leave to file a consolidated reply brief not to exceed 20 pages. (*Id.*). The parties state that an enlargement of the page limit for the briefing in this matter "will not prejudice any party and will benefit the Court." (*Id.* at 2).

Having considered the Motion, and finding that extraordinary and compelling reasons exist to grant an enlargement of the page limit, the Court finds the Motion should be GRANTED. The Court permits the Defendants to file a consolidated brief in opposition **not to exceed 40 pages**. Likewise, the Court permits Plaintiffs to file a consolidated reply brief **not to exceed 20 pages**.

IT IS SO ORDERED.

ENTERED March 6, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE