IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
- AMARILLO DIVISION –

| | |
|---|---|
| **TEXAS BANKERS ASSOCIATION, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.**, <br><br> Defendants. | **CIVIL NO. 2:24-cv-00025-Z-BR** <br><br> The Hon. Matthew J. Kacsmaryk <br> United States District Judge |

**OFFICE OF THE COMPTROLLER OF THE CURRENCY'S**
**CERTIFICATE OF INTERESTED PERSONS**

Defendants the Office of the Comptroller of the Currency and Michael J. Hsu in his official capacity, by counsel, certify that other than the parties to this case, the undersigned are currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

DATED:  March 8, 2024.                    Respectfully submitted,

*/s/ Ashley W. Walker*
Peter C. Koch (IL 6225347),
Director for Litigation
Ashley W. Walker (DC 488126),
Special Counsel, Litigation
Office of the Comptroller of the Currency
400 7th Street SW, Mailstop 9E-1
Washington, DC 20219
Phone: (202) 649-6315
Fax: (571) 465-3411
Ashley.Walker@occ.treas.gov

*Counsel for Defendants Office of the Comptroller of the Currency and Michael J. Hsu, in his Official Capacity*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

*/s/ Ashley W. Walker*
Ashley W. Walker (DC 488126),
Special Counsel, Litigation
Office of the Comptroller of the Currency
400 7th Street SW, Mailstop 9E-1
Washington, DC 20219
Phone: (202) 649-6315
Fax: (571) 465-3411
Ashley.Walker@occ.treas.gov