# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| **TEXAS BANKERS ASSOCIATION et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICE OF THE COMPTROLLER OF THE CURRENCY et al.,**<br><br>Defendants. | **CIVIL NO. 2:24-cv-00025-Z-BR**<br><br>The Hon. Matthew J. Kacsmaryk<br>United States District Judge |

**DEFENDANT BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S CERTIFICATE OF INTERESTED PERSONS**

Defendants Board of Governors of the Federal Reserve System and Chairman Jerome Powell in his official capacity, by counsel, certify that, other than the parties to this case, the undersigned are currently unaware of any persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case.

Dated: March 8, 2024

                                              Respectfully submitted,

                                           /s/ *Joshua P. Chadwick*
                                          Joshua P. Chadwick (DC 502279)
                                          Nicholas Jabbour (DC 500626)
                                          Board of Governors of the Federal Reserve System
                                          20th Street and Constitution Avenue, NW
                                          Washington, DC 20551
                                          joshua.p.chadwick@frb.gov
                                          Phone: (202) 263-4835
                                          Fax: (202) 452-3819

                                            *Counsel for Defendant Board of Governors of the Federal Reserve System and Jerome Powell, in his Official Capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

    /s/ *Joshua P. Chadwick*
Joshua P. Chadwick (DC 502279)
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
joshua.p.chadwick@frb.gov
Phone: (202) 263-4835
Fax: (202) 452-3819