IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY et al.,<br><br>Defendants. | CIVIL NO. 2:24-cv-00025-Z-BR<br><br>The Hon. Matthew J. Kacsmaryk<br>United States District Judge |

**DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

All Defendants jointly file this response in opposition to Plaintiffs' motion for a preliminary injunction, ECF 19. This response is accompanied by a consolidated brief that contains the contents required by Local Civil Rule 7.1(d) and by an appendix containing the declaration of Douglas D. Robertson.

Dated: March 8, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ *Joshua P. Chadwick* | /s/ *Ashley W. Walker* |
| Mark Van Der Weide, General Counsel | Benjamin W. McDonough, Chief Counsel |
| Richard M. Ashton, Deputy General Counsel | Patricia S. Grady, Deputy Chief Counsel |
| Joshua P. Chadwick (DC 502279), Senior Special Counsel | Peter C. Koch (IL 6225347), Director for Litigation |
| Nicholas Jabbour (DC 500626), Senior Counsel | Ashley W. Walker (DC 488126), Special Counsel, Litigation |
| Board of Governors of the Federal Reserve System | Office of the Comptroller of the Currency |
| 20th Street and Constitution Avenue, NW | 400 7th Street SW, Mailstop 9E-1 |
| Washington, DC 20551 | Washington, DC 20219 |
| joshua.p.chadwick@frb.gov | ashley.walker@occ.treas.gov |
| Phone: (202) 263-4835 | Phone: (202) 649-6315 |
| Fax: (202) 452-3819 | Fax: (571) 465-3411 |
| *Counsel for Defendant Board of Governors of the Federal Reserve System and Jerome Powell, in his Official Capacity* | *Counsel for Defendant Office of the Comptroller of the Currency and Michael J. Hsu, in his Official Capacity* |

 /s/ *Andrew J. Dober*
Harrel M. Pettway, General Counsel
B. Amon James, Assistant General Counsel
Andrew J. Dober (DC 489638), Senior Counsel
Herbert G. Smith II (DC 450811), Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, D-7028
Arlington, VA 22226-3500
adober@fdic.gov
Phone: (703) 562-2460
Fax: (703) 562-2477

*Counsel for Defendant Federal Deposit Insurance Corporation and Martin J. Gruenberg, in his Official Capacity*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

    /s/ *Joshua P. Chadwick*
Joshua P. Chadwick (DC 502279)
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
joshua.p.chadwick@frb.gov
Phone: (202) 263-4835
Fax: (202) 452-3819