IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, | § § § § | |
| Plaintiffs, | § § | 2:24-CV-25-Z-BR |
| v. | § § | |
| OFFICE OF THE COMPTROLLER OF CURRENCY, *et al.*, | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE A CONSOLIDATED REPLY BRIEF NOT TO EXCEED 22 PAGES**

Before the Court is Plaintiffs' Unopposed Motion for Two Additional Pages to Reply in Support of Preliminary Injunction Motion. (ECF 71). By that Motion, Plaintiffs seek leave to file a consolidated reply brief not to exceed 22 pages in support of the Preliminary Injunction Motion. (*Id.* at 1; ECF 19). According to Plaintiffs' Motion, on "March 21, 2024, the Agencies filed a Notice of Supplemental Rulemaking related to the Final Rules of the Community Reinvestment Act of 1977." (ECF 71 at 2). "Plaintiffs seek an additional two pages to address the Supplemental Rule announced yesterday." (*Id.* at 3). The Motion is unopposed, thereby eliminating any potential prejudice. (*Id.*)

Having considered the Motion, and finding that compelling reasons exist to grant an enlargement of the page limit, the Court finds the Motion should be GRANTED. The Court permits Plaintiffs to be afforded two additional pages for their Reply in Support of the Motion for Preliminary Injunction **not to exceed 22 pages**.

IT IS SO ORDERED.

ENTERED March 22, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE