# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

**TEXAS BANKERS ASSOCIATION**
**et al.,**

    *Plaintiffs,*

      v.

**OFFICE OF THE COMPTROLLER**
**OF THE CURRENCY et al.,**

 *Defendants.*

    Civil Case No. 2:24-cv-00025-Z-BR
    The Hon. Matthew J. Kacsmaryk
    United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

                                      */s/  Thomas C. Riney*
                                      Thomas C. Riney