IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:24-CV-025-Z-BR |
| OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al., | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Before the Court is Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond, which was filed on April 4, 2024. (ECF 77). By that motion, Defendants Office of the Comptroller of the Currency, Michael J. Hsu, the Board of Governors of the Federal Reserve System, Jerome Powell, the Federal Deposit Insurance Corporation, and Martin J. Gruenberg (collectively "Defendants") ask the Court to extend their deadline to respond to Plaintiffs' Complaint from April 8, 2024, to April 30, 2024. (*Id.* at 2); *see* Fed. R. Civ. P. 12(a)(1). The motion states that Plaintiffs are unopposed to the requested extension. (*Id.*).

Having considered the motion, the Court finds it should be GRANTED. Defendants are directed to answer, or otherwise respond, to Plaintiffs' complaint **on or before April 30, 2024**.

IT IS SO ORDERED.

ENTERED April 5, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE