IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY et al.,<br><br>Defendants. | CIVIL NO. 2:24-cv-00025-Z-BR<br><br>The Hon. Matthew J. Kacsmaryk<br>United States District Judge |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1), Defendants Board of Governors of the Federal Reserve System and Chairman Jerome Powell, Office of the Comptroller of the Currency and Acting Comptroller of the Currency Michael J. Hsu, and Federal Deposit Insurance Corporation and Chairman Martin J. Gruenberg hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Memorandum Opinion and Order dated March 29, 2024 (ECF 75), which granted Plaintiffs' motion for a preliminary injunction.[1] This appeal is entitled to priority treatment in accordance with Fifth Circuit Rule 47.7.

---

[1] All Defendants are federal agencies (and officers of those agencies sued in their official capacity) and are therefore exempt from paying filing fees.

Dated: April 18, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ *Joshua P. Chadwick* | /s/ *Ashley W. Walker* |
| Mark Van Der Weide, General Counsel | Theodore J. Dowd, Acting Chief Counsel |
| Richard M. Ashton, Deputy General Counsel | Patricia S. Grady, Deputy Chief Counsel |
| Joshua P. Chadwick (DC 502279), Senior Special Counsel | Peter C. Koch (IL 6225347), Director for Litigation |
| Nicholas Jabbour (DC 500626), Senior Counsel | Ashley W. Walker (DC 488126), Special Counsel, Litigation |
| Board of Governors of the Federal Reserve System | Office of the Comptroller of the Currency |
| 20th Street and Constitution Avenue, NW | 400 7th Street SW, Mailstop 9E-1 |
| Washington, DC 20551 | Washington, DC 20219 |
| joshua.p.chadwick@frb.gov | ashley.walker@occ.treas.gov |
| Phone: (202) 263-4835 | Phone: (202) 649-6315 |
| Fax: (202) 452-3819 | Fax: (571) 465-3411 |
| *Counsel for Defendants Board of Governors of the Federal Reserve System and Jerome Powell, in his Official Capacity* | *Counsel for Defendants Office of the Comptroller of the Currency and Michael J. Hsu, in his Official Capacity* |

 /s/ *Andrew J. Dober*
Harrel M. Pettway, General Counsel
B. Amon James, Assistant General Counsel
Andrew J. Dober (DC 489638), Senior Counsel
Herbert G. Smith II (DC 450811), Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, D-7028
Arlington, VA 22226-3500
adober@fdic.gov
Phone: (703) 562-2545
Fax: (703) 562-2477

*Counsel for Defendants Federal Deposit Insurance Corporation and Martin J. Gruenberg, in his Official Capacity*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

      /s/ *Joshua P. Chadwick*
Joshua P. Chadwick (DC 502279)
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
joshua.p.chadwick@frb.gov
Phone: (202) 263-4835
Fax: (202) 452-3819