IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF THE COMPTROLLER OF CURRENCY, et al., <br><br> Defendants. | § § § § § § § § § § § § § § 2:24-CV-025-Z-BR |

## ORDER EXTENDING DEADLINE TO FILE ANSWER AND TO FILE JOINT PROPOSED SCHEDULING ORDER

Currently pending is Defendants' Unopposed Motion to Stay Proceedings, (ECF 80), which requests that this Court stay proceedings in the case while the Fifth Circuit considers Defendants' interlocutory appeal of the United States District Judge's decision granting Plaintiffs' motion for a preliminary injunction. (*See* ECF 79). Because the Motion to Stay Proceedings, (ECF 80), arises out of an appeal of the United States District Judge's decision, the undersigned will not make a determination on that Motion.

Although the Motion to Stay Proceedings remains pending, the parties are still required to comply with the Court's Order to Submit Joint Proposed Scheduling Order[1] and for Defendants to answer or otherwise respond on or before the deadline of April 30, 2024, (ECF 76, 78), prior to any ruling by the United States District Judge on that Motion. In light of the recent activity in this case and the current deadlines, the Court will extend Defendants' deadline to answer, or otherwise

---

[1] On April 2, 2024, the Court entered an Order to Submit Joint Proposed Scheduling Order. (ECF 76). By that order, the Court instructed the parties to submit a joint proposed scheduling order on or before April 22, 2024, and noted that "any request for an extension of the above Joint Proposed Scheduling Order Due Date must be made by written motion and be supported by good cause." (*Id.* at 1). As of today's date, however, the Court's electronic filing system reflects that the parties have not filed a joint proposed scheduling order.

respond, to Plaintiffs' complaint, as well as the parties' deadline to submit a Joint Proposed Scheduling Order, by 30 days. Defendants' answer, or other pleading, and the parties' Joint Proposed Scheduling Order, are both due **<u>on or before May 23, 2024</u>**.

    IT IS SO ORDERED.

    ENTERED April 23, 2024.

_____<br>
LEE ANN RENO<br>
UNITED STATES MAGISTRATE JUDGE