IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF THE COMPTROLLER, *et al.*, <br><br> Defendants. | 2:24-CV-025-Z |

## NOTICE

Pursuant to this Court's prior order (ECF No. 82), the Clerk is **DIRECTED** to administratively close this case until Defendants' interlocutory appeal is resolved by the Fifth Circuit.

The Court issues notice accordingly.

April 26, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE