UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Amarillo Division

|  |  |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.,<br><br>Defendants. | No. 2:24-cv-0025 |

## ANSWER OF THE OFFICE OF THE COMPTROLLER OF THE CURRENCY AND THE FEDERAL DEPOSIT INSURANCE CORPORATION

Pursuant to Federal Rule of Civil Procedure ("Rule") 8(b)(1)(B) and (3), Defendants the Office of the Comptroller of the Currency and the Comptroller of the Currency (collectively, the "OCC") and the Federal Deposit Insurance Corporation and its Chairman (collectively, the "FDIC") respectfully answer the Complaint (Dkt. No. 4) filed by Plaintiffs Texas Bankers Association, Amarillo Chamber of Commerce, American Bankers Association, Chamber of Commerce of the United States of America, Longview Chamber of Commerce, Independent Community Bankers of America, and Independent Bankers Association of Texas (collectively, "Plaintiffs") in this action.

In response to the Complaint, and solely for purposes of this action, the OCC and FDIC admit all well-pled material facts set forth in Plaintiffs' Complaint. In so doing, the OCC and FDIC do not admit "legal conclusion[s] couched as a factual allegation[s,]" *Garza v. Escobar*, 972 F.3d 721, 727 (5th Cir. 2020) (citations omitted; affirming grant of motion for judgment on the pleadings), except to the extent those legal conclusions are consistent with the terms of the proposed judgment filed this same date by the OCC and FDIC.

- 2 -

Respectfully submitted,

ADAM J. COHEN, D.C. Bar #1619684
Senior Deputy Comptroller and Chief
Counsel

BRIAN P. HUDAK, D.C. Bar #90034769
Deputy Chief Counsel

By:          /s/ *Peter C. Koch*
    PETER C. KOCH, Director for
    Litigation,
      IL Bar #6225347
    400 Seventh Street, SW
    Washington, DC 20219
    Phone: (202) 649-6313
    Fax: (571) 442-5740
    peter.koch@occ.treas.gov

JASON E. FRIEDMAN, D.C. Bar #1017059
Assistant Director for Litigation

ASHLEY W. WALKER, D.C. Bar #488126
Special Counsel

*Attorneys for the Office of the Comptroller of*
*the Currency and the Comptroller of the*
*Currency*

MATTHEW P. REED, Va. Bar #41824
General Counsel

DOMINIC A. ARNI, D.C. Bar #487689
Acting Deputy General Counsel

ANDREW J. DOBER, D.C. Bar #489638
Senior Counsel

By:          /s/ *Herbert G. Smith II*
    HERBERT G. SMITH II, Counsel,
      D.C. Bar #450811
    3501 Fairfax Drive
    Arlington, VA 22226-3500
    Phone: (703) 562-2460
    Fax: (703) 812-7468
    hesmith@fdic.gov

*Attorneys for the Federal Deposit Insurance*
*Corporation and Travis Hill, in his Official*
*Capacity*

Dated: July 31, 2026

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 31, 2026, the foregoing was served on all parties to this action via the Court's CM/ECF system.

/s/ *Peter C. Koch*

PETER C. KOCH, Director for Litigation
Office of the Comptroller of the Currency


**CERTIFICATE REGARDING THE USE OF ARTIFICIAL INTELLIGENCE**

The undersigned certifies that no portion of the foregoing was prepared using generative artificial intelligence.

/s/ *Peter C. Koch*

PETER C. KOCH, Director for Litigation
Office of the Comptroller of the Currency